# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO MONTES REGALADO, | Case No. 1:24-cv-00998-EPG-HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE EXHIBITS |
| v. | |
| MERRICK GARLAND, et al., | |
| Respondents. | |

On October 25, 2024, Respondent filed a motion to dismiss and a declaration. (ECF Nos. 9, 9-1.) The declaration references twenty attached exhibits, (ECF No. 9-1 at 2–3), but no exhibits were attached.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of this order, Respondent SHALL FILE the twenty exhibits referenced in the declaration (ECF No. 9-1).

IT IS SO ORDERED.

Dated:   **December 11, 2024**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE